

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR02-551 ABC

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>Kevin Long<br><br>    Defendant. | ORDER OF DETENTION AFTER<br>HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

1   The court concludes:
2   A.   (✓)   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            _he can abide by conditions of_
6            _proposed supervised release_
7            _including no substance abuse_
8            _____
9
10  (B)  ( )   Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           _he has has stable, approved residence_
13           _____
14           _____
15           _____
16
17       IT IS ORDERED that defendant be detained.
18
19  DATED: _1-7-10_
20
21
22                                          _[signature]_
23                                          STEPHEN J. HILLMAN
                                            UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

2