FILED
CLERK U.S. DISTRICT COURT
MAR - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
ING for KC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. __CR-02-551 ABC__ |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| ) | Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the __Central District of CA.__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _prior criminal history including conviction for cohabitant abuse_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _history of failure to appear_

IT IS ORDERED that defendant be detained.

DATED: 3/3/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge